**FILED & ENTERED**

**DEC 01 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Thomas Grady Wallis, II<br><br><br><br>Debtor(s). | CASE NO.: 2:22-bk-16396-VZ<br>CHAPTER: 13<br><br>**ORDER RE MOTION TO EXTEND DEADLINE TO FILE CASE COMMENCEMENT DOCUMENTS**<br><br>*Motion is docket entry #* __10__ |

On *(insert date)*, the debtor filed a Motion to extend time to file case commencement documents (Motion). Having reviewed the Motion IT IS ORDERED that:

☒ The Motion is GRANTED and the new deadline to file case commencement documents is *December 19, 2022.*

☐ The Motion is DENIED because (*check all reasons that apply*):

☐ The Motion does not contain an adequate explanation for why more time is needed to file the missing documents.
☐ The Motion is not supported by a declaration under penalty of perjury.
☐ The Motion was filed after deadline for filing missing document(s).
☐ There is no Proof of Service of the Motion on all creditors.
☐ Other:

☐ A hearing on the Motion is set for the following date, time and location:    **Date:**    **Time:**

**Courtroom #**    **Address of courthouse**:


Date: December 1, 2022

*[Signature]*
Vincent P. Zurzolo
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 1, 2012*    Page 1    F 1007-1.1.ORDER.FILING.DEADLINE